Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*William Randolph Hall, Sr. vs. Pfizer Inc, et al.* (06-2273 CRB)<br><br>*Roger Harper vs. Pfizer Inc, et al.* (06-6023 CRB)<br><br>*Sandra Hawkins, et al. vs. Pfizer Inc, et al.* (07-2218 CRB)<br><br>*Leon Hendrix vs. Pfizer Inc, et al.* (08-0704 CRB)<br><br>*Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.* (07-4383 CRB)<br><br>*Charles Lee Holmes vs. Pfizer Inc, et al.* (06-4211 CRB)<br><br>*Bruce Holzwarth vs. Pfizer Inc, et al.* (07-3035 CRB)<br><br>*David E. Huard vs. Pfizer Inc, et al.* (08-0796 CRB)<br><br>*Clifford Jackson vs. Pfizer Inc, et al.* (06-5042 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

-1-

| | |
|---|---|
| 1 | *Debbie Jackson, et al. vs. Pfizer Inc, et al.* (06-2605 CRB) |
| 2 | |
| 3 | *Ozzie Jackson vs. Pfizer Inc, et al.* (06-2274 CRB) |
| 4 | *Ronald Jacoby vs. Pfizer Inc, et al.* (07-4689 CRB) |
| 5 | |
| 6 | *Kathy Jewell vs. Pfizer Inc, et al.* (07-1355 CRB) |
| 7 | *Dorothy Johnson vs. Pfizer Inc, et al.* (06-5039 CRB) |
| 8 | |
| 9 | *Billie Jean Johnstone vs. G.D. Searle LLC, et al.* (07-4549 CRB) |
| 10 | |
| 11 | *John R. Jones vs. Pfizer Inc, et al.* (06-3899 CRB) |
| 12 | *Sylvester Jones vs. G.D. Searle LLC, et al.* (07-4550 CRB) |
| 13 | |
| 14 | *Robert K. Kiser II vs. Pfizer Inc, et al.* (06-4104 CRB) |
| 15 | *Frank Klinger vs. G.D. Searle LLC, et al.* (05-4739 CRB) |
| 16 | |
| 17 | *Alberta A. Kreitzer vs. Pfizer Inc, et al.* (08-2149 CRB) |
| 18 | *Vasudev Kulkarni vs. Pfizer Inc, et al.* (07-1528 CRB) |
| 19 | |
| 20 | *Bertha R. Lacy vs. Pfizer Inc, et al.* (06-7383 CRB) |
| 21 | *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et al.* (08-1856 CRB) |
| 22 | |
| 23 | *Thomas Lauer vs. Pfizer Inc, et al.* (08-2854 CRB) |
| 24 | |
| 25 | *Barbara Laver vs. Pfizer Inc, et al.* (08-3705 CRB) |
| 26 | *Kenneth Prouty, et al. vs. Pfizer Inc, et al.* (06-7631 CRB) |
| 27 | |
| 28 | *Vickie L. Lewis vs. Pfizer Inc, et al.* (06-4284 CRB) |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

1. *Robert L. Lippincott vs. Pfizer Inc, et al.*
   (07-5018 CRB)

2. *John Scarcliff vs. G.D. Searle LLC, et al.*
   (05-4454 CRB)

3. *Norma Matthias vs. Pfizer Inc, et al.*
   (06-7632 CRB)

4. *Elise Mayes vs. Pfizer Inc, et al.*
   (08-3702 CRB)

5. *William D. McCluskey vs. Merck & Co. Inc, et al.*
   (07-3342 CRB)

6. *Phyllis McCord vs. G.D. Searle LLC, et al.*
   (05-4738 CRB)

7. *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
   (07-1317 CRB)

8. *Vince Mejer vs. Pfizer Inc, et al.*
   (07-0237 CRB)

9. *James Byron McVay vs. Pfizer Inc, et al.*
   (07-0861 CRB)

10. *Alfred Melton vs. Pfizer Inc, et al.*
    (06-2745 CRB)

11. *Richard McNabb, et al. vs. Pfizer Inc, et al.*
    (07-6450 CRB)

12. *Wilmer Merriweather vs. G.D. Searle LLC, et al.*
    (05-4452 CRB)

13. *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
    (06-6588 CRB)

14. *Ronald Miller vs. Pfizer Inc, et al.*
    (09-0892 CRB)

15. *Linda Mirza vs. Pfizer Inc, et al.*
    (06-3818 CRB)

16. *Carolyn Montiforte vs. Pfizer Inc, et al.*
    (07-4735 CRB)

17. *Henry C. Morris vs. Pfizer Inc, et al.*
    (06-3686 CRB)

18. *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1. (09-0891 CRB)

2. *Patsy Murry, et al. vs. Pfizer Inc, et al.*
   (06-7438 CRB)

3. *Ed Narke vs. Pfizer Inc, et al.*
4. (08-0260 CRB)

5. *Dian C. Neal vs. Pfizer Inc, et al.*
   (06-3900 CRB)

6. *Rosa M. Nelson vs. Pfizer Inc, et al.*
7. (06-2275 CRB)

8. *Cliff Norwood vs. G.D. Searle LLC, et al.*
   (05-4451 CRB)

9. *Floyd Odom vs. Pfizer Inc, et al.*
10. (07-5885 CRB)

11. *Joan J. Opel vs. Pfizer Inc, et al.*
    (07-4372 CRB)

12. *Mary Osteen vs. Pfizer Inc, et al.*
13. (06-6928 CRB)

14. *Elvis Owens, et al. vs. Pfizer Inc, et al.*
    (06-5002 CRB)

15. *James Curtis Owens vs. Pfizer Inc, et al.*
16. (06-1669 CRB)

17. *Marvin Palmer vs. Pfizer Inc, et al.*
    (06-6499 CRB)

18. *Albert Pearson vs. G.D. Searle LLC, et al.*
19. (05-4455 CRB)

20. *R.V. Perkins vs. Pfizer Inc, et al.*
    (08-3699 CRB)

21. *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
22. (05-4492 CRB)

23. *Kirk Redenius vs. Pfizer Inc, et al.*
    (06-4901 CRB)

24. *Linda Redinger vs. Pfizer Inc, et al.*
25. (07-0454 CRB)

26. *Tammy L. Ribble vs. Pfizer Inc, et al.*
    (06-7283 CRB)

27. *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
28. (06-6114 CRB)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

*Tracy Ring vs. G.D. Searle LLC, et al.*
(06-0733 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10.16 2009    By: *[signature]*

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009    By: *[signature]*

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/22/2009    *[signature]*
Hon. Charles R. Breyer
United States District Court

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132569v.1
EAST\42579891.1